

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| Holiday Moving & Storage Company, | § | No. 08-19-00192-CV |
| Minor Moving LLC, and Apple Moving | | |
| LLC d/b/a Apple Moving El Paso, | § | Appeal from the |
| Appellants, | § | 327<sup>th</sup>District Court |
| v. | § | of El Paso County, Texas |
| Concepcion Martinez Alonzo, | § | (TC# 2019DCV1579) |
| Appellee. | § | |

## **O R D E R**

The Court has this day considered Appellants' unopposed motion requesting a stay of trial court proceedings pending appeal and concludes that the motion should be GRANTED. The 327th District Court is directed to stay all proceedings, including discovery, in cause number 2019DCV1579, styled *Holiday Moving & Storage Company, Minor Moving LLC, and Apple Moving LLC d/b/a Apple Moving El Paso v. Concepcion Martinez Alonzo*, pending disposition of this appeal or further order of this Court.

IT IS SO ORDERED this 29th day of July, 2019.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.